IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**PATRICIA A. COLBERT,**

        Plaintiff,

  vs.                                    Civil Action 2:12-cv-888
                                            Judge Sargus
                                            Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

        Defendant.

**REPORT AND RECOMMENDATION**

    Based on the parties' stipulation, Doc. No. 24, is **RECOMMENDED** that the decision of the Commissioner of Social Security be reversed pursuant to Sentence 4 of 42 U.S.C. § 405(g) and that the matter be remanded for further administrative proceedings. It is **FURTHER RECOMMENDED** that final judgment be entered accordingly.

    If any party seeks review by the District Judge of this *Report and Recommendation*, that party may, within fourteen (14) days, file and serve on all parties objections to the *Report and Recommendation*, specifically designating this *Report and Recommendation*, and the part thereof in question, as well as the basis for objection thereto. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Response to objections must be filed within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b).

    The parties are specifically advised that failure to object to the *Report and Recommendation* will result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the

1

decision of the District Court adopting the *Report and Recommendation*. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Smith v. Detroit Fed'n of Teachers, Local 231 etc.*, 829 F.2d 1370 (6th Cir. 1987); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).


June 26, 2013                                         *s/Norah McCann King*
                                                    Norah M<sup>c</sup>Cann King
                                              United States Magistrate Judge