UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA A. COLBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:12-cv-00888 |
| | ) | |
| CAROLYN W. COLVIN, | ) | Judge SARGUS |
| Acting Commissioner of Social Security, | ) | Magistrate Judge KING |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties' Joint Motion to Remand, (Doc. No. 24), is hereby **GRANTED**.  This case is

**REMANDED** to the Social Security Administration for further proceedings.

The Clerk is **DIRECTED** to **ENTER JUDGMENT** on a separate document, pursuant to

Fed. R. Civ. P. 58, **REMANDING** the case to the Social Security Administration.

7-8-2013
_____
**DATE**

_____
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**