AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**PATRICIA A. COLBERT,**

       **Plaintiff,**

**v.**

**CAROLYN W. COLVIN,**
**ACTING COMMISSIONER OF**
**SOCIAL SECURITY,**

       **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. 2:12-cv-00888**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

   **Pursuant to the Order filed July 8, 2013, JUDGMENT is hereby entered REMANDING this case to the Acting Commissioner of Social Security for further proceedings.  This case is DISMISSED.**

Date: July 8, 2013                                JOHN P. HEHMAN, CLERK

                                                     */S/ Andy F. Quisumbing*
                                                     (By) Andy F. Quisumbing
                                                     Courtroom Deputy Clerk